**34**

**Dreama GOUGE, d/b/a Lifestyle Furniture, Incorporated, Plaintiff—Appellant,**

v.

**PENN AMERICA INSURANCE COMPANY, Defendant—Appellee.**

No. 05–1907.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 19, 2006.

Decided Jan. 24, 2006.

Dreama Gouge, Appellant Pro Se. Ancil Glenn Ramey, Angela D. Herdman, Steptoe & Johnson, Charleston, West Virginia; Anders W. Lindberg, Steptoe & Johnson, Huntington, West Virginia, for Appellee.

Before WILKINSON, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

*Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).*

PER CURIAM:

Dreama Gouge appeals the district court's order dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gouge v. Penn America Ins. Co.,* No.

CA–04–1083–2, 2005 WL 1639291 (S.D.W.Va. July 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*